sworn in an application for continuance that he (appellant) had purchased the property and gave the names of two witnesses by whom he could prove said purchase. On the present trial he admitted that what he had sworn in said application was untrue.

Under the facts it is not surprising that the jury did not give credence to his story.

The judgment is affirmed.

## On Motion for Rehearing

DAVIDSON, Judge.

We have again examined the record in the light of appellant's contention that the facts are insufficient to support the conviction, and remain of the opinion as originally expressed.

The motion for rehearing is overruled.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

A. H. Gist, of Dallas, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The conviction is for misdemeanor theft, the punishment assessed being confinement in the county jail for thirty days.

The record is before us without statement of facts or bills of exception. Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial. All matters of procedure appear regular. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.